```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ANDERSON SAMAROO, individually      :
and on behalf of all others
similarly situated and as Class     :
Representative, et al.,
                                    :   11 Civ. 3391 (HBP)
              Plaintiffs,
                                    :   ORDER
     -against-
                                    :
DELUXE DELIVERY SYSTEMS INC.,
et al.,                             :

              Defendants.           :

-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/13

TO: Mr. Victor Clinton
    133-35 114th Place
    South Ozone Park, New York  11420

    Mr. Ebere Nwokiwu
    Apt. 1-D
    139-76 85th Drive
    Briarwood, New York  11435

    Mr. Anthony Rosal
    Apt. 3-F
    3201 Neptune Avenue
    Brooklyn, New York  11224

PITMAN, United States Magistrate Judge:

The foregoing parties/witnesses are hereby ORDERED to appear and to give testimony in this matter on December 9, 2013 at 2:00 p.m. in Courtroom 18-A, United States Courthouse, 500 Pearl Street, New York, New York  10007 concerning their reported

unwillingness to execute the settlement agreement and release negotiated by their counsel. **_An unjustified failure to appear on the date and at the time indicated may result in the dismissal of the delinquent party's claims._**

Dated:  New York, New York
        November 26, 2013

                                        SO ORDERED

                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

Lizabeth Schalet, Esq.
Lipman & Plesur, L.L.P.
Suite 105
500 North Broadway
Jericho, New York  11753-2131

David F. Jasinski, Esq.
Jasinski, P.C.
8th Floor
60 Park Place
Newark, New Jersey  07102